SEND

FILED
CLERK, U.S. DISTRICT COURT

DEC 16 [illegible]

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 425 SHIRLEY PLACE, LLC | | CASE NUMBER |
| | | CV06- 7363 |
| | PLAINTIFF(S) | |
| V. | | |
| RB EDMOND | | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| | DEFENDANT(S) | |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Note: This order does not authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

ENTERED
CLERK, U S DISTRICT COURT

JAN - 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

_____                    _____
Date                                    United States Magistrate Judge

================================================================

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency
- [✓] Legally and/or factually patently frivolous
- [✓] District Court lacks jurisdiction
- [ ] Immunity as to _____

- [ ] Other: _____

Comments: Although indigency has been shown, the defects described in the 10/11/2006 order denying leave to proceed IFP have not been cured.

11.20.06                               _____
Date                                    United States Magistrate Judge

================================================================

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:

- [ ] GRANTED
- [✓] DENIED (See comments above).

12/5/06                                _____
Date                                    United States District Judge

CV-73A (02/05)          ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE